PROB 12A
(Revised 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Ryan Primm</u>      Case Number: <u>3:12-00043</u>

Name of Current Judicial Officer: <u>Honorable Aleta A Trauger, U. S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable Michael R. Barrett, SD/OH</u>

Date of Original Sentence: <u>November 28, 2011</u>

Original Offense: <u>18 U.S.C. 371, 2314 & 2, Conspiracy to Transport, Transmit, and Transfer in Interstate Commerce, Stolen Merchandise and Money</u>

Original Sentence: <u>Three years' probation</u>

Type of Supervision: <u>Probation</u>      Date Supervision Commenced: <u>November 28, 2011</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsur</u>      Defense Attorney: <u>TBD</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ The Issuance of a Warrant
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_/s/ Kara Sanders_
Kara Sanders
U.S. Probation Officer

Considered this 2nd day of Nov., 2012, and made a part of the records in the above case.

_/s/ Aleta A. Trauger_
Aleta A. Trauger
U. S. District Judge

Place    Nashville, Tennessee

Date    November 1, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state or local crime:** |

On October 22, 2012, Ryan Primm was arrested by the LaVergne, TN, police department and charged with leaving the scene of an accident and driving on a suspended license. The arresting officer reported that Mr. Primm was involved in a minor traffic accident with two other vehicles. Mr. Primm reported he left the scene due to having a suspended license. However, he did stop at gas station nearby where the police located him. He is scheduled to appear in court on December 9, 2012, to address the charges.

**Compliance with Supervision Conditions and Prior Interventions:**

Ryan Primm began his three year term of probation on November 28, 2011. His term is set to expire on November 27, 2014.

Mr. Primm has had sporadic employment while on probation. He was recently laid off from a landscaping position and is currently looking for employment. Previously, he has been terminated from two positions for lying on the job application regarding his criminal history.

After a period of living independently, Mr. Primm returned to his parent's residence in September 2012, due to not being able to afford his rent. His father is a co-defendant in this case and is scheduled to report to the Bureau of Prisons in November to begin his sentence.

On October 1, 2012, police officers in Smyrna, Tennessee, were called to a convience store where Mr. Primm and his wife were attempting to purchase beer. The report indicates that both individuals were intoxicated and became disorderly when the clerk would not sell them beer. Mrs. Primm was arrested for driving on a suspended license and Mr. Primm was not arrested. It should be noted that Mr. Primm was previously estranged from his wife as he had a restraining order against her due to her assaulting him.

In Febuary 2012, Mr. Primm was assessed for substance abuse and mental health issues. He was diagnosed with Bipolar Disorder, Anxiety Disorder and substance abuse issues. He began mental health and substance abuse treatment with the Guidance Center in March 2012. He has attended all sessions as directed. His recent alcohol issues are being addressed in treatment.

Mr. Primm still owes a balance of $79.00 on his $100 special assessment.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no action be taken at this time and Mr. Primm be allowed to continue on supervision to benefit from mental health and substance abuse treatment. However, these violations may be brought against him in the future. Any further violations or positive drug test will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.


Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer